2:00 pm

United States District Court
CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced:  2:20 pm  
Time Concluded:  2:22 pm  

Case #  3:18cr60/RV  
Date  6/26/18  

DOCKET ENTRY: **ARRAIGNMENT** -

PRESENT:   HONORABLE Charles J. Kahn, Jr , U. S.  MAGISTRATE JUDGE

| Irma McCain-Coby | Link | CD | Eggers |
|---|---|---|---|
| Deputy Clerk | U.S.P.O. | Court Reporter | Asst. U.S. Attorney |

U.S.A. vs.   Michael Scott Burton

  _x_ present   ____custody  _X_ bond   ____O/R   _____DOB

Tom Findley, Stephen Dobson   __ Apptd.  _x_ Retained   __x__ present  
Attorney for Defendant

PROCEEDINGS:

  _x_   Defendant waives reading of Indictment-Information.

  ____ Indictment-Information read.

PLEA:

  **X**        Not Guilty Count(s) ALL

  ____        Guilty Count(s) _____

TRIAL DATE:   August 6, 2018